§AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

ALBERT DYTCH
        Plaintiff(s),

v.

ANDREW NIKITARAS
        Defendant(s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 14-4239 KAW

Notice is hereby given that, subject to approval by the court, ANDREW NIKITARAS (Party(s) Name) substitutes ANASTASIOS GEORGE KONSTANTIN (Name of New Attorney), State Bar No. 197581, as counsel of record in place of MARTIN CARAVES (SBN 297285) (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: MCKANE & KONSTANTIN, ATTORNEYS AT LAW
    Address: 420 THIRD STREET, SUITE 250, OAKLAND, CA 94607
    Telephone: (510) 839-0945     Facsimile: (510) 839-6348
    E-Mail (Optional): AGKONSTANTIN@GMAIL.COM

I consent to the above substitution.
Date: 2/12/15
(Signature of Party(s))

I consent to being substituted.
Date: 1/21/15
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 2/27/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/4/15
Kandis Westmore, Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]