UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br>     Plaintiff,<br>v.<br>ANDREW NIKITARAS,<br>     Defendant. | Case No. 4:14-cv-04239-KAW<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 18 |

On December 9, 2015, the Court signed Plaintiff's proposed order staying the case. (Dkt. No. 48.) The order required Plaintiff to advise the Court by April 7, 2017 if Defendant failed to fulfill his settlement obligations. *Id.* at 1. If he did, the Court would lift the stay and put the case back on calendar. *Id.* If Plaintiff did not advise the Court by that date, the action would be dismissed with prejudice. *Id.* at 2. To date, Plaintiff has not filed any notices in this case.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by **December 15, 2017** why this case should not be dismissed with prejudice. If Plaintiff does not timely respond, the dismissal with prejudice will be entered and the case will be closed.

IT IS SO ORDERED.

Dated: December 5, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge