UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW NIKITARAS,<br><br>　　　　Defendant. | Case No. 4:14-cv-04239-KAW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. Nos. 18 & 19 |

On December 9, 2015, the Court signed Plaintiff's proposed order staying the case. (Dkt. No. 18.) The order required Plaintiff to advise the Court by April 7, 2017 if Defendant failed to fulfill his settlement obligations. *Id.* at 1. If he did, the Court would lift the stay and put the case back on calendar. *Id.* If Plaintiff did not advise the Court by that date, the action would be dismissed with prejudice. *Id.* at 2. Plaintiff did not file any notices in this case.

On December 5, 2017, the Court issued an order to show cause why this case should not be dismissed with prejudice. (Dkt. No. 19.) Plaintiff immediately responded to confirm that Defendant fulfilled his settlement obligations. (Dkt. No. 20.)

Accordingly, the case is dismissed with prejudice. The Clerk shall close the case.

IT IS SO ORDERED.

Dated: December 6, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge